---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **255 Butler LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 113452772 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **255 Butler St**<br>**Brooklyn, NY 11217-3020**<br>Number, Street, City, State & ZIP Code | **2 East 28th Street**<br>**PMB 446**<br>**New York, NY 10016**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | Location of principal assets, if different from principal place of business<br>**255 Butler St   Brooklyn, NY 11217-3020**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **255 Butler LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

531120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | **255 Butler LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **255 Butler LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2023**
              MM / DD / YYYY

X _____        **Margaux Levy**
    Signature of authorized representative of debtor       Printed name

Title   **Manager**

---

**18. Signature of attorney**

X _____      Date   **October 3, 2023**
    Signature of attorney for debtor                  MM / DD / YYYY

**Kevin Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**125 Park Ave**
**New York, NY 10017-5690**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   **knash@gwfglaw.com**

**NY**
Bar number and State

**COMPANY RESOLUTION IN SUPPORT OF THE CHAPTER 11 FILING**

WHEREAS, in accordance with the Company's Operating Agreement dated September 18, 1998, a special meeting of the members of 255 Butler LLC (the "Company") having been called and convened on October 3, 2023, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED**, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer; and it is further

> **RESOLVED**, that Margaux Levy is hereby appointed as the new manager of the Company for the purpose of overseeing the Company's Chapter 11 case.

Dated:    Brooklyn, New York
        October 3, 2023

255 Butler LLC

By: _____
      Nathan Accad

By: _____
      Benjamin Akkad

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                              Chapter 11

255 Butler LLC,
                                                                    Case No.

                              Debtor.
-------------------------------------------------------------x

## DECLARATION PURSUANT TO
## THE LOCAL BANKRUPTCY RULES

        Margaux Levy declares the following under penalties of perjury pursuant to 28 U.S.C. §
1746:

        1.      I am the new manager of 255 Butler LLC (the "Debtor"), having been appointed
by the Members to oversee the filing and prosecution of this Chapter 11 case. I believe that I am
sufficiently familiar with the relevant facts and circumstances to submit this Declaration in
accordance with the Local Bankruptcy Rule 1007-4 in support of the Debtor's filing of a voluntary
petition under Chapter 11 of the Bankruptcy Code.

        2.      The Debtor owns a commercial building located at 255 Butler Street, Brooklyn,
New York, (the "Property"). The Property is now in very serious jeopardy of being forfeited
following the Debtor's inability to obtain a TRO staying a pending Sheriff's judgment foreclosure
sale, presently scheduled for October 4, 2023.

        3.      The Debtor is currently appealing a harsh ruling by the Appellate Division striking
the Debtor's answer filed in response to claims brought by a former tenant due to the failure to
abide by discovery obligations. That decision resulted in a subsequent judgment entered against
the Debtor in the principal sum of $36,241,836. This judgment was effectively obtained on default
after the Debtor's answer was stricken by the Appellate Division on August 31, 2022. The Debtor

is pursuing a motion for reargument before the Appellate Division. In the interim, the Debtor has perfected its appeal of the underlying judgment on September 29, 2023.

4.    The filing of the instant Chapter 11 petition is the only option available to the Debtor to maintain the status quo at least in the near term. If necessary, the Debtor is prepared to sell the Property under a Bankruptcy Court auction process rather than face a distressed sale scenario. Besides the judgment, the Property is also subject to a senior mortgage held by Maguire Butler LLC as assignee of Cathay Bank in the alleged total sum of $13,458,246.13 as of August 15, 2023.

## EVENTS LEADING TO CHAPTER 11 FILING

5.    The Debtor has owned the subject property since 1998 and entered into a net lease with 255 Butler Associates LLC (the "Tenant"). Litigation ensued between the Debtor and the Tenant over issues *inter alia* relating to a potential subletting of the Property and, specifically, claims of interference with the Tenant's efforts to sublet the Property to WeWork. This litigation was filed in the Supreme Court, Kings County in 2015 as part of a Yellowstone injunction-type action (Index No. 511560/2015) (the "State Court Litigation").

6.    The Debtor's answer in the State Court Litigation was ultimately struck by the Appellate Division on August 31, 2022. Unexpectedly, the Appellate Division issued its ruling after the State Court denied Tenant's motion to strike the Debtor's answer. The Appellate Division's reversal regarding the answer came a short time after an actual trial on the merits was completed and post-trial briefs had been submitted. As a result of the appellate reversal, the Debtor could no longer contest liability on the merits, leaving only an inquest to compute the damages.

7.    Insofar as discovery was concerned, the Trial Court stated that: "the record does not support the drastic measure of striking Defendants' answer ... both sides have dutifully

2

appeared for monthly status conferences and discovery has been advancing. ... the Court does not find Defendants' past delays to be deliberate or in bad faith."

8.    Following the Appellate Division ruling, the Trial Court then entered a judgment in the amount of $36,241,836 including alleged overstated lost-profits damages which did not recognize critical expenses.    The Debtor filed a motion in the Appellate Division to reargue the Decision and/or to obtain leave to appeal to the Court of Appeals.    That motion has been *sub judice* for a number of months.    In the meanwhile, the Debtor perfected its appeal of the Judgment on September 29, 2023.

9.    A Sheriff's sale is scheduled for October 4, 2023.

### Local Rule 1007-4 Disclosures

10.    Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the Petition.

11.    Pursuant to Local Rule 1007-4(a)(vi), a list of the Debtor's twenty largest creditors is included as part of the Petition.

12.    Pursuant to Local Rule 1007-4(a)(vii), the Property is subject to a senior mortgage held by Maguire Butler LLC in the alleged total sum of $13,458,246.13 as of August 15, 2023.

13.    Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in the accompanying bankruptcy schedules to be filed within fifteen (15) days.

14.    Pursuant to Local Rule 1007-4(a)(ix), the membership interests of the Debtor are held as set forth in the attached schedule.

15.    Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has been appointed to operate the Property, although the Sheriff has scheduled a judgment foreclosure sale of the Property.

16.    Pursuant to Local Rule 1007-4(a)(xi), the Property is located in Brooklyn, New York.

17.    Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located in Brooklyn, New York.

18.    Pursuant to Local Rule 1007-4(a)(xiii), a list of lawsuits is annexed hereto.

Dated: Brooklyn, New York
      October 3, 2023

By: _____
      Margaux Levy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                    Chapter 11

255 Butler LLC,                                           Case No.

                            Debtor.
---------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

| | |
|---|---|
| Nathan Accad | 25.5% |
| Benjamin Akkad | 25.5% |
| NATHAN ACCAD 2013 IRREVOCABLE TRUST | 24.5% |
| BENJAMIN AKKAD 2013 IRREVOCABLE TRUST | 24.5% |

Dated: New York, New York
       October 3, 2023

                          255 Butler LLC

                          By:
                             Name: Margaux Levy
                             Title:  Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

255 Butler LLC,

                              Debtor.
-----------------------------------------------------------------x

Chapter 11

Case No.

## LIST OF LAWSUITS

1.    255 Butler Associates LLC v. 255 Butler LLC
      Supreme Court, Kings County
      Index No. 511560/2015
      Breach of Lease
      Related Appeals – Appellate Division Docket Nos. 2023-01760; 2023-03126;
      2023-03711 and 2023-03713

      Sussam Godfrey LLP
      1301 Avenue of the Americas Fl 32
      New York, NY 10019-7736

2.    Maguire Butler LLC v. 255 Butler LLC et al
      Supreme Court, Kings County
      Index No. 511468/2023
      Foreclosure

      Jaspan Schlessinger Narendran LLP
      300 Garden City Plaza, 5th Fl.
      Garden City, New York 11530

Dated: Brooklyn, New York
      October 3, 2023

                        255 Butler LLC

                    By: _____
                        Name: Margaux Levy
                        Title:  Manager

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                    Chapter 11

255 Butler LLC                                            Case No.

                              Debtor.
--------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 AND E.D.N.Y. LBR 1073-3
### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1 and E.D.N.Y. LBR 1073-3, 255 Butler LLC

certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.


Dated: Brooklyn, New York
       October 3, 2023

                              255 Butler LLC

                              By: _____
                                  Name:  Margaux Levy
                                  Title:   Manager

| Fill in this information to identify the case: |
| --- |

| Debtor name | 255 Butler LLC |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 255 Butler Associates LLC c/o Sussam Godfrey LLP  1301 Avenue of the Americas Fl 32 New York, NY 10019-7736 | | Judgment | Unliquidated Disputed | $36,241,836.00 | $0.00 | $36,241,836.00 |
| 46 Nelson LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $114,600.00 |
| 80 Richards Street LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $633,000.00 |
| BH 402M Realty LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $76,000.00 |
| Dick Bailey Service Inc. 5202 3rd Ave Fl 2 Brooklyn, NY 11220-1707 | | | | | | $13,178.68 |
| Heller Horowitz & Feit PC 260 Madison Ave Fl 17 New York, NY 10016-2410 | | Legal Services | | | | $229,676.16 |
| HH 1636 Coney LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $47,000.00 |

| Debtor | 255 Butler LLC | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HH West 20th LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $112,375.00 |
| HHRE Management LLC 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $38,000.00 |
| HKA Global LLC 2005 Market St Ste 820 Philadelphia, PA 19103-7005 | | | | | | $153,631.83 |
| HR Consultants & Advisors LLC 2701 Avenue K Brooklyn, NY 11210-3721 | | Accounting | | | | $2,185.00 |
| Idea Nuova Lease Inc. 2 East 28th Street PMB 446 New York, NY 10016 | | Loan | | | | $130,500.00 |
| Internal Revenue Service Centralized Insolvency Operations  PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | Unknown |
| Kalmon Dolgin Affiliates Inc 101 Richardson St Brooklyn, NY 11211-1344 | | Brokerage | | | | $1,232,145.00 |
| Maguire Butler LLC c/o Frank Dell'Amore, Esq. Jaspan Schlessinger & Narandran LLP  300 Garden City Plz # 5TL Garden City, NY 11530-3302 | | Mortgage loan | Unliquidated Disputed | $13,458,246.13 | $0.00 | $13,458,246.13 |
| Morrison Cohen LLP 909 3rd Ave Fl 27 New York, NY 10022-4784 | | Legal Services | | | | $278,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    __255 Butler LLC_____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Dep't of Finance Legal Affairs, Collection Unit<br> 375 Pearl St Apt 30<br>New York, NY 10038-1442 | | Taxes | | | | $311,850.80 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure<br> PO Box 5300<br>Albany, NY 12205-0300 | | Taxes | Unliquidated Disputed | | | Unknown |
| Seligson Rothman & Rothman<br>29 W 30th St Fl 10<br>New York, NY 10001-4461 | | Legal Services | | | | $690,000.00 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>255 Butler LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended Schedule
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2023**        x _____
                                              Signature of individual signing on behalf of debtor

                                              **Margaux Levy**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___255 Butler LLC___

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

3.1. _____          **Checking** _____          _____          **Unknown**

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $0.00 |
    | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Debtor  __255 Butler LLC_____      Case number *(if known)* _____
         Name

| Part 5: | Inventory, excluding agriculture assets |

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☒ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☒ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  255 Butler St, Brooklyn, NY 11217-3020 | | | | To be Determined, but believed to be in excess of $30 million |

56.    Total of Part 9.

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                           $0.00

57.    Is a depreciation schedule available for any of the property listed in Part 9?
    ☒ No
    ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. Does the debtor have any interests in intangibles or intellectual property?

| Debtor | 255 Butler LLC | Case number *(if known)* |
|--------|----------------|--------------------------|
|        | Name           |                          |

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **255 Butler LLC**
_____    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    255 Butler LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **255 Butler Associates LLC**<br>Creditor's Name<br>**c/o Sussam Godfrey LLP**<br>**1301 Avenue of the Americas Fl 32**<br>**New York, NY 10019-7736**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**255 Butler St, Brooklyn, NY 11217-3020**<br><br><br>**Describe the lien** | $36,241,836.00 | $0.00 |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Maguire Butler LLC**<br>**2. 255 Butler Associates LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| **2.2**   **Maguire Butler LLC**<br>Creditor's Name<br>**c/o Frank Dell'Amore, Esq.**<br>**Jaspan Schlessinger & Narandran LLP**<br>**300 Garden City Plz # 5TL**<br>**Garden City, NY 11530-3302**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**255 Butler St, Brooklyn, NY 11217-3020**<br><br><br>**Describe the lien** | $13,458,246.13 | $0.00 |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **255 Butler LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |
| **Specified on line 2.1** | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$49,700,082.13

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ganfer Shore Leeds**<br>**360 Lexington Ave**<br>**New York, NY 10017-6502** | Line   2.1 | |
| **Meltzer, Lippe**<br>**190 Willis Ave**<br>**Mineola, NY 11501-2672** | Line   2.1 | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name    **255 Butler LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br> **PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NYC Dep't of Finance**<br>**Legal Affairs, Collection Unit**<br> **375 Pearl St Apt 30**<br>**New York, NY 10038-1442** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$311,850.80** | **$311,850.80** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>**NYS Dep't of Taxation**<br>**Bankruptcy/Special Procedure**<br> **PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | **255 Butler LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,600.00 |
|---|---|---|---|

**46 Nelson LLC**
**2 East 28th Street**
**PMB 446**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633,000.00 |
|---|---|---|---|

**80 Richards Street LLC**
**2 East 28th Street**
**PMB 446**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,000.00 |
|---|---|---|---|

**BH 402M Realty LLC**
**2 East 28th Street**
**PMB 446**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,178.68 |
|---|---|---|---|

**Dick Bailey Service Inc.**
**5202 3rd Ave Fl 2**
**Brooklyn, NY 11220-1707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229,676.16 |
|---|---|---|---|

**Heller Horowitz & Feit PC**
**260 Madison Ave Fl 17**
**New York, NY 10016-2410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,000.00 |
|---|---|---|---|

**HH 1636 Coney LLC**
**2 East 28th Street**
**PMB 446**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $112,375.00 |
|---|---|---|---|

**HH West 20th LLC**
**2 East 28th Street**
**PMB 446**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | **255 Butler LLC** | | Case number (if known) | |
|--------|-------------------|---|------------------------|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
|-----|--------------------------------------------------|------------------------------------------------------------------|----------------|
| | **HHRE Management LLC**<br>2 East 28th Street<br>PMB 446<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,631.83** |
|-----|--------------------------------------------------|------------------------------------------------------------------|-----------------|
| | **HKA Global LLC**<br>2005 Market St Ste 820<br>Philadelphia, PA 19103-7005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,185.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|---------------|
| | **HR Consultants & Advisors LLC**<br>2701 Avenue K<br>Brooklyn, NY 11210-3721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,500.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------------|
| | **Idea Nuova Lease Inc.**<br>2 East 28th Street<br>PMB 446<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,232,145.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------------|
| | **Kalmon Dolgin Affiliates Inc**<br>101 Richardson St<br>Brooklyn, NY 11211-1344 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$278,000.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------------|
| | **Morrison Cohen LLP**<br>909 3rd Ave Fl 27<br>New York, NY 10022-4784 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$690,000.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------------|
| | **Seligson Rothman & Rothman**<br>29 W 30th St Fl 10<br>New York, NY 10001-4461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **255 Butler LLC** | | Case number (if known) | _____ |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NYC Dept of Law**<br>**Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-233**<br>**New York, NY 10007-2601** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NYS Attorney General**<br>**28 Liberty St**<br>**New York, NY 10005-1400** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 311,850.80 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,750,291.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,062,142.47 |

Fill in this information to identify the case:

Debtor name __255 Butler LLC__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract   _____    _____

2.2   State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract   _____    _____

2.3   State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract   _____    _____

2.4   State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract   _____    _____

Software Copyright (c) 1996-2023 Best Case  LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **255 Butler LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Benjamin Akkad** | | **Maguire Butler LLC** | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Nathaniel Accad** | | **Maguire Butler LLC** | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **255 Butler LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ _____ **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ _____ **0.00**

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **46,580,359.81**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $ _____ **311,850.80**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____ **3,662,586.61**

4. **Total liabilities** .........................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **50,554,797.22**

---

Software Copyright (c) 1996-2023 Best Case. LLC - www.bestcase.com                    Best Case Bankruptcy

**United States Bankruptcy Court**
Eastern District of New York

In re    255 Butler LLC _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    October 3, 2023 _____

_____
Margaux Levy, Manager
Signer/Title

Date:    October 3, 2023 _____

_____
Signature of Attorney
Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
Fax:

USBC-44

Rev. 9/17/98

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

255 Butler Associates LLC
c/o Sussam Godfrey LLP
 1301 Avenue of the Americas Fl 32
New York, NY 10019-7736


46 Nelson LLC
2 East 28th Street PMB 446
New York, NY 10016


80 Richards Street LLC
2 East 28th Street PMB 446
New York, NY 10016


BH 402M Realty LLC
2 East 28th Street PMB 446
New York, NY 10016


Dick Bailey Service Inc.
5202 3rd Ave Fl 2
Brooklyn, NY 11220-1707


Ganfer Shore Leeds
360 Lexington Ave
New York, NY 10017-6502


Heller Horowitz & Feit PC
260 Madison Ave Fl 17
New York, NY 10016-2410


HH 1636 Coney LLC
2 East 28th Street PMB 446
New York, NY 10016


HH West 20th LLC
2 East 28th Street PMB 446
New York, NY 10016


HHRE Management LLC
2 East 28th Street PMB 446
New York, NY 10016


HKA Global LLC
2005 Market St Ste 820
Philadelphia, PA 19103-7005


HR Consultants & Advisors LLC
2701 Avenue K
Brooklyn, NY 11210-3721


Idea Nuova Lease Inc.
2 East 28th Street PMB 446
New York, NY 10016

Internal Revenue Service
Centralized Insolvency Operations
 PO Box 7346
Philadelphia, PA 19101-7346


Kalmon Dolgin Affiliates Inc
101 Richardson St
Brooklyn, NY 11211-1344


Maguire Butler LLC
c/o Frank Dell'Amore, Esq.
Jaspan Schlessinger & Narandran LLP   30
Garden City, NY 11530-3302


Meltzer, Lippe
190 Willis Ave
Mineola, NY 11501-2672


Morrison Cohen LLP
909 3rd Ave Fl 27
New York, NY 10022-4784


NYC Dep't of Finance
Legal Affairs, Collection Unit
 375 Pearl St Apt 30
New York, NY 10038-1442


NYC Dept of Law
Attn: Bernadette Brennan, Esq. 100 Churc
New York, NY 10007-2601


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


NYS Dep't of Taxation
Bankruptcy/Special Procedure
 PO Box 5300
Albany, NY 12205-0300


Seligson Rothman & Rothman
29 W 30th St Fl 10
New York, NY 10001-4461