| | |
|---|---|
| Meltzer, Lippe, Goldstein & Breitstone, LLP<br>Scott A. Steinberg, Esq.<br>*Attorneys for 255 Butler Associates LLC*<br>190 Willis Avenue Mineola, New York 11501<br>(516) 747-0300<br>ssteinberg@meltzerlippe.com | Presentment Date: February 28, 2024<br>Objection Date: February 21, 2024 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>255 Butler LLC.<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 23-bk-43575-ESS |

## AMENDED NOTICE OF PRESENTMENT OF ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION OF <u>WITNESSES AND THE PRODUCTION OF DOCUMENTS</u>

**PLEASE TAKE NOTICE** that on February 28, 2024 at 10:00 a.m. (the "Presentment Date"), creditor 255 Butler Associates LLC ("Tenant") will present an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of Witnesses and the Production of Documents, the form of which is annexed as Exhibit A (the "Order"), to the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York ("Bankruptcy Court"), 271-C Cadman Plaza East, Room 3585, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Order must be made in writing, stating in detail the reason therefor, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered directly to Chambers of Judge Stong, and served upon: (i) Meltzer, Lippe, Goldstein & Breitstone, LLP, Counsel to the 255 Butler Associates LLC, 190 Willis Avenue, Mineola, New York 11501 (Attn: Scott A. Steinberg, Esq.); and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn),

Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004, so as to be received no later than February 21, 2024 ("Objection Date"). Objections not timely filed and served may not be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the entry of the Order are timely filed and served on or before the Objection Date, the Order may be entered by the Court without further hearing or any further notice to any party. If objections to the entry of the Order are time filed before the Objection Date, the Court may choose to schedule a hearing and opportunity for the parties to be heard.

Dated:   Mineola, New York
         January 23, 2024

                                                MELTZER, LIPPE, GOLDSTEIN &
BREITSTONE, LLP
*Attorneys for 255 Butler Associates LLC*

By: */s/ Scott A. Steinberg*
Scott A. Steinberg, Esq.
190 Willis Avenue
Mineola, New York 11501
Tel: (516) 747-0300
ssteinberg@meltzerlippe.com